Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(August 31, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK NYMAN, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

■ JOSEPH P. SCOTT, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 46795.)

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.

FIRST DEPARTMENT, SEPTEMBER, 1967

(September 14, 1967)

■ HOWARD M. GOLDENSTEIN, Plaintiff, v. ERIN P. GOLDENSTEIN, Respondent, and ERDHEIM & ARMSTRONG, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McGivern, JJ.

(September 19, 1967)

(Republished)

■ In the Matter of the Accounting of WARREN L. KESSLER et al., as Executors of PEARL L. KESSLER, Deceased. ROSE LEVITT, Appellant; IRVING JACOBS et al., as Coexecutors of WARREN L. KESSLER, Deceased, et al., Respond-

ents.

Concur — Eager, J. P., Steuer, Tilzer, McNally and McGivern, JJ.

(September 21, 1967)

In the Matter of JOHN M., A Person, Alleged To Be a Juvenile Delinquent.— Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McNally, JJ.

(September 28, 1967)

In the Matter of LOUIS MAMET, Petitioner, v. CLERK, SUPREME COURT, NEW YORK COUNTY, Respondent No opinion. Concur — Eager, J. P., Capozzoli, Rabin, McGivern and Witmer, JJ.

## SECOND DEPARTMENT, SEPTEMBER, 1967

## (September 13, 1967)

SANDRA B. CAMPBELL, Respondent, v. DOROTHY TOWBER et al., Appellants. (Action No. 1.) EDWARD McADAMS et al., Respondents-Appellants, v. JACQUELINE CORTESE et al., Respondents, and PAUL A. TOWBER et al., Appellants. (Action No. 2.) PAUL A. TOWBER, Appellant, v. EDWARD A. McADAMS, Respondent. (Action No. 3.)

Christ, Acting P. J., Brennan, Rabin and Hopkins, JJ., concur.